In the Federal Court of Harris County
State of Texas
Southern District of Texas

United States Courts
Southern District of Texas
FILED
AUG 16 2021
Nathan Ochsner, Clerk of Court

Micheal Wade #313763, )
)
) Cause No. _____
)
T.D.C.J. Bobby Lumpkin )
)

## Motion For Demand of Jury trial

Pursuant to F.R.O.C.P. Rule 38, Comes Now Plaintiff to Enter a Demand For Jury trial in The 28 USC § 2254 Litigation. In Support of This motion, Petitioner States as Follows.

The Seventh Amendment to The United States Constitution provides, in Suit a Common Law, where The Value in Controversey Shall Exceed twenty Dollars, Also The Right to Jury trial in Federal Court Civil Rights Suits Against State & Government employees.

Wherefore, Petitioner Respectfully Requests That the Court order the Clerk to Schedule This For Jury trial in The Presented Case, and Grant Him All other Just and Proper Relief

Respectfully Submitted This 6 day of August, 2021

Michael Todd Wade 313763
Petitioner Pro-Se